**Krull, Appellant, *v.* Philadelphia.**

Argued May 3, 1955. Before STERN, C. J., STEARNE, JONES, BELL, CHIDSEY, MUSMANNO and ARNOLD, JJ.

*Thomas Raeburn White,* with him *Warren D. Mulloy, C. L. Cushmore, Jr.* and *White, Williams & Scott,* for appellants.

*Harvey Levin,* Deputy to the City Solicitor, and *Abraham L. Freedman,* City Solicitor, for appellees.

*Joseph E. Gold,* with him *Lenard L. Wolffe, Samuel Smith* and *Gilbert Stein,* for appellee.

*Harry F. Stambaugh,* Special Counsel, with him *Herbert B. Cohen,* Attorney General, for the Commonwealth of Pennsylvania, appellee.

OPINION PER CURIAM, May 23, 1955:

The decree of the court below dismissing the bill of complaint is affirmed at the appellants' costs on the opinion of President Judge KUN, reported at 2 D. & C. 2d 181, which adequately disposed of the matter.